UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EQUILON ENTERPRISES LLC, a Delaware limited liability company dba Shell Oil Products US,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH J. RAVIZZA and KAREN RAVIZZA, as individuals and trustees of the KENNETH & KAREN RAVIZZA FAMILY TRUST, and THOMAS MANCUSO,<br><br>Defendants. | Case No. 5:10-CV-04193-JW (PVT)<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION**<br><br>Complaint Filed: 09/16/2010<br><br>Ct. Rm.:   8<br>Judge:     James Ware<br>M. Judge:  Hon. Patricia V. Trumbull<br><br>Trial Date: Not Set |

Based upon the Stipulation of Plaintiff Equilon Enterprises LLC dba Shell Oil Products US, and Defendants Kenneth J. Ravizza and Karen Ravizza, as individuals and trustees of the Kenneth & Karen Ravizza Family Trust, and Thomas Mancuso, by and through their respective attorneys of record the Court ORDERS AS FOLLOWS:

Plaintiff's Complaint against all Defendants named herein and the above-entitled action in its entirety IS HEREBY DISMISSED WITHOUT PREJUDICE, with each party bearing his, her or their own attorneys' fees and costs. The Clerk shall close this file.

Dated: October 20, 2010

*James Ware*
HON. JAMES WARE
United States District Judge

Case No.5:10-CV-04193-JW

-1-

**ORDER DISMISSING ENTIRE ACTION**